IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )    Case No. 1:16-cv-11697-RGS |
|      Plaintiff, | ) |
| | ) |
|      v. | ) |
| | ) |
| RONALD LUPICA and | ) |
| TOWN OF FAIRHAVEN, | ) |
| and John Does 1-100, | ) |
| | ) |
|      Defendants. | ) |
| | ) |

**ORDER**

     The Court, having considered the United States' Motion to Allow Service by Publication,

having, and it appearing to the Court that this is an action to enforce a lien on real property

located within this judicial district at 508 Ocean Meadows, Fairhaven, Massachusetts, a/k/a 484

Washington Street, Unit 508, Fairhaven, Massachusetts, a/k/a 484 Washington Street, Unit E8,

Fairhaven, Massachusetts, and more fully described as:

> An address of Unit 508, 484 Washington Street, Fairhaven, MA 02719, with quitclaim
> covenants, Unit E8 (designated Unit 508 for mail address purposes only), in the Ocean
> Meadow Condominium, a condominium established in Fairhaven, Bristol County,
> Massachusetts, pursuant to M.G.L. Chapter 183A by Master Deed dated May 28, 1987
> recorded with the Southern Bristol County Registry of Deeds in Book 2028, Page 312
> ("The Master Deed"), as amended of record, which Unit is shown on the floor plans
> recorded simultaneously with the Eighth Amendment to the Master Deed in Book 3146,
> Page 084.

     And it further appearing that the defendants, John Does 1-100, being <u>any person who

claims to be a child of Anna Lytell (deceased) of Fairhaven, Massachusetts, or claims to be a

beneficiary of Anna Lytell's will</u>, cannot be personally served with process in this state as their

present whereabouts and identities are unknown and cannot be discovered by the exercise of due

diligence; that personal service on such defendants is therefore not practicable; that service by

publication is proper under the provisions of 28 U.S.C. § 1655 and Rule 4(e) of the Federal Rules of Civil Procedure; and for good cause shown; it is hereby

ORDERED that the defendants, John Does 1-100, appear or plead to the United States' complaint on or before ~~June 30, 2017.~~ [8 weeks from the date of this Order]

FURTHER ORDERED that, beginning no more than 14 days from the date of this order, a copy of this order be published once a week for 6 weeks in *The Standard-Times*, a newspaper of general circulation based in New Bedford, Massachusetts.

FURTHER ORDERED that if the defendants, John Does 1-100, do not appear or plead within the time specified, the Court will proceed with the above-entitled action as if the defendants had been served with process within this state, but any adjudication will, as regards the defendants, John Does 1-100, affect only the property which is the subject matter of this action.

IT IS SO ORDERED:

Dated: April 28, 2017

UNITED STATES DISTRICT JUDGE

2