UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
————————————————————x
:
UNITED STATES OF AMERICA,          :
:
Plaintiff,          :
:
v.          :          No. 16-cv-11697-RGS
:
RONALD LUPICA, TOWN OF FAIRHAVEN, :
and JOHN DOES 1-100,          :
:
Defendants.          :
————————————————————x

## DEFAULT JUDGMENT AGAINST JOHN DOES 1-100

Defendants John Does 1-100, being any person who claims to be a child of Anna Lytell

(deceased) of Fairhaven, Massachusetts, or who claims to be a beneficiary under any will of

Anna Lytell's, and their default having been entered,

Now, upon application of plaintiff and for good cause shown,

It is hereby ORDERED, ADJUDGED and DECREED that defendants John Does 1-100

have no right, title, claim, lien, or other interest in the real property located at 508 Ocean

Meadows, Fairhaven, Massachusetts, a/k/a 484 Washington Street, Unit 508, Fairhaven,

Massachusetts, a/k/a 484 Washington Street, Unit E8, Fairhaven, Massachusetts, more fully

described as:

An address of Unit 508, 484 Washington Street, Fairhaven, MA 02719, with quitclaim
covenants, Unit E8 (designated Unit 508 for mail address purposes only), in the Ocean
Meadow Condominium, a condominium established in Fairhaven, Bristol County,
Massachusetts, pursuant to M.G.L. Chapter 183A by Master Deed dated May 28, 1987
recorded with the Southern Bristol County Registry of Deeds in Book 2028, Page 312
("The Master Deed"), as amended of record, which Unit is shown on the floor plans
recorded simultaneously with the Eighth Amendment to the Master Deed in Book 3146,
Page 084.

Dated: **8-16-17**

_____
United States District Judge